

FILED
SEP 28 2018
TIMOTHY M. O'BRIEN CLERK
By CM          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY S. GREEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:18-cv-02247-CM-GLR ) |
| CHRISTIAN BLAKE [*sic* CHRISTIAN BLAKE FISHER] and JOSHUA R. LEONARD, | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND OTHER REASONS

COME NOW Defendants CHRISTIAN BLAKE and JOSHUA LEONARD, individually, and collectively, as the majority of members of the 63rd Street Enterprises, LLC, and move this Court to dismiss Plaintiff's Complaint for Breach of Fiduciary Duty, Misrepresentation, Conversion, and Accounting ("Complaint"). Plaintiff's Complaint should be dismissed for the following reasons:

1. Kansas' statutory choice-of-law statute for foreign limited liability companies has been repealed, but Plaintiff's claims still fail under Kansas common law such that Oregon law applies to his substantive tort claims.

2. All of Plaintiff's claims are derivative of claims which should have been asserted by the Oregon LLC as Plaintiff, but Plaintiff did not comply with Rule 23.1, F.R.Civ.P., in filing his Complaint.

1

3. The 63rd Street Enterprises, LLC is a necessary and indispensible party under Rule 19, F.R.Civ.P., because no substantive relief can be granted to either party without it.

4. The answers to these questions only impact the resolution of Defendants' pending Motion to Disqualify Plaintiff's Counsel if this Court dismisses Plaintiff's Complaint for his failure to first exhaust available remedies through the LLC's Operating Agreement. Otherwise it must be granted as Defendants and Plaintiff and the LLC have all be represented by Plaintiff's Counsel.

WHEREFORE, Defendants pray this Court to dismiss Plaintiff's Complaint for lack of jurisdiction and other reasons, and for such other and further legal or equitable relief as to this Court may be just and proper.

Respectfully submitted,

_____
CHRISTIAN BLAKE
5104 El Monte Street
Roeland Park KS  66205
415-797-8740
E-Mail: loui415@gmail.com

and

_____
JOSHUA R. LEONARD
2505 West 97th Terrace
Leawood KS  66206
913-220-9929
E-Mail: joshrleonard@gmail.com

Defendants *pro se*

## CERTIFICATE OF SERVICE

We hereby certify that on the 28th day of September, 2018, we transmitted a true and correct copy of the above and foregoing Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Other Reasons:

By first-class mail, postage prepaid and properly addressed to:
Clerk of the United States District Court
District of Kansas
500 State Avenue
Kansas City KS  66101

By electronic mail transmission in portable document format (.pdf) to:
Joel B. Laner
E-Mail:  hlblaw@swbell.net
Attorney for Plaintiff

_____
CHRISTIAN BLAKE FISHER

and

_____
JOSHUA R. LEONARD
Defendants *pro se*