**From:** "Joel Laner" <jlaner@hlblaw.net>
**Date:** January 13, 2016 at 6:09:36 PM CST
**To:** "Christian" <christianf@moderncoalition.com>
**Subject: RE: Risen from the dead**

Are you a daddy? How's that? How far did the apple fall from the tree? How's your health?

**From:** Christian [mailto:christianf@moderncoalition.com]
**Sent:** Wednesday, January 13, 2016 12:37 PM
**To:** Joel Laner
**Subject:** Re: Risen from the dead

My brother form another mother. Thats great to hear for some reason Jerilynn had thought you were retiring. I am glad to hear you are not though as your wife might kill you if she had to deal with you everyday all day ;). I think DJ has a great chance of getting the band back together and if that happens Im in for sure.

-C

<--WRD335.jpg>

On Wed, Jan 13, 2016 at 12:19 PM, Joel Laner <jlaner@hlblaw.net> wrote:
> Christian, I received a call out of the blue from DJ, who may be resurrecting LightBridge in a somewhat different guise. Your name came up in the conversation, and I wanted to check in with you to see how you are doing. DJ also mentioned that you believed that I had retired, which unfortunately is at least a decade away.
> I hope all is well.
> Cordially, Joel L.

*Joel B. Laner*
*Hazelton and Laner, LLP*
*Suite 650*
*4600 Madison*
*Kansas City, MO 64112*
*816/753-5678*
*816/753-6208 FAX*

This electronic transmission contains *CONFIDENTIAL INFORMATION* which may also be *LEGALLY PRIVILEGED* and which is intended only for the use of the individual or entity named above. If the reader of this electronic transmission is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby on notice that you are in possession of confidential and privileged information. Any...

---

**Joel Laner** <jlaner@hlblaw.net>    12/23/14
to me

Christian, as always, I appreciated the chance to meet with you. I look forward to working with you and am pleased you referred business to our firm.

We could not print all of the pages of the documents, and I did not see an Operating Agreement. If a tech guy like you possesses a physical file containing the key documents, I would like to review it. Otherwise, I may proceed with our architecture.

As to fees, I believe the cost for the services, not including a private placement, will not exceed $3,000. As per our custom, I would like to receive an advance of $1,000 to get started. Assuming the advance is received before the end of the year, please remit another $1,000 by the end of January and the balance by the end of February. Please confirm that you approve these fee and payment terms.

I spoke to Mr. Mc Clain yesterday; he did not seem advanced in the funding process.

Best, Joel

---

**From:** Christian via Dropbox [mailto:no-reply@dropbox.com]
**Sent:** Sunday, December 21, 2014 1:16 PM
**To:** jlaner@hlblaw.net
**Subject:** Christian Fisher shared "Old Briefcase Docs" with you

From Christian:

"This is the docs we discussed on Friday. Let me know if you need anything else from me and as usual thank you for the help.

---

**Christian B** <loui415@gmail.com>    12/23/14
to Joel

Hey Joel,

Sure thing. Is there a way for me to pay you online? We are currently using the company credit card and it would be easier and faster if we could pay that way?

EXHIBIT

**Joel Laner** <jlaner@hlblaw.net> — 12/23/14
to me

We don't take credit cards. If I sent you wiring instructions, would that get the job done?

**From:** Christian B [mailto:loui415@gmail.com]
**Sent:** Tuesday, December 23, 2014 10:02 AM
**To:** Joel Laner
**Subject:** Re: Christian Fisher shared "Old Briefcase Docs" with you

Hey Joel,

Sure thing. Is there a way for me to pay you online? We are currently using the company credit card and it would be easier and faster if we could pay that way?

Christian

On Tue, Dec 23, 2014 at 8:54 AM, Joel Laner <jlaner@hlblaw.net> wrote:
> Christian, as always, I appreciated the chance to meet with you. I look forward to working with you and am pleased you referred business to our firm.
> We could not print all of the pages of the documents, and I did not see an Operating Agreement. If a tech guy like you possesses a physical file containing the key documents, I would like to review it. Otherwise, I may proceed with our architecture.
> As to fees, I believe the cost for the services, not including a private placement, will not exceed $3,000. As per our custom, I would like to receive an advance of $1,000 to get started. Assuming the advance is received before the end of the year, please remit another $1,000 by the end of January and the balance by the end of February. Please confirm that you approve these fee and payment terms.
> I spoke to Mr. Mc Clain yesterday; he did not seem advanced in the funding process.
> Best, Joel

**From:** Christian via Dropbox [mailto:no-reply@dropbox.com]
**Sent:** Sunday, December 21, 2014 1:16 PM

---

**Christian B** <loui415@gmail.com> — 12/23/14
to Joel

Yessir that would work.

---

**Christian B** <loui415@gmail.com> — 1/2/15
to Joel

Hey Joel,

I am working on getting the wire over to you this weekend, apologies as I have been in DC and the holidays have been hectic. I hope you had a great holiday with the family. New Years resolution? Start drinking more since you are now working with me? :)

2 Attachments

---

**Joel Laner** <jlaner@hlblaw.net> — 1/2/15
to me

I have been wondering why there had been so much disruption in the nation's capitol.

**From:** Christian B [mailto:loui415@gmail.com]
**Sent:** Friday, January 02, 2015 12:30 PM