IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY S. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:18-CV-02247-CM-JPO |
| v. | ) |
| | ) Civil |
| CHRISTIAN BLAKE, et al., | ) |
| | ) |
| Defendants. | ) |

MOTION OF PLAINTIFF, JEFFREY S. GREEN, TO MODIFY SCHEDULING ORDER

Comes Now Plaintiff, Jeffrey S. Green ("Green"), and moves this Court to modify the Scheduling Order [Doc. No. 35] by extending the discovery cut-off date (March 6, 2020) by at least ninety (90) days.

As reflected in Green's Motion to Compel filed with this Motion, Green has not received any responses from Defendant Blake to his Interrogatories or Requests for Production of Documents. According to Green, Defendant Blake's discovery responses underpin his discovery to be propounded to Defendant Leonard, the deposition of Blake, and, to some extent, Leonard, and the discovery efforts related to non-party witnesses. The failure of Defendant Blake to respond to Green's discovery has undermined Green's discovery plan and underlies Green's request for an extension of the discovery cut-off. Green assumes that with the additional time and the receipt of Defendant Blake's complete responses, he can thereby complete his discovery.

In accordance with Local Rule 6.1, Green states:

1. In response to Green's proposed request for an extension, Defendants Blake and Leonard stated without any reason that they do not approve the extension;

2. March 6, 2020 has been set as the discovery cut-off date;

3. No prior extensions have been requested; and

4. The reasons for this request are set forth above.

Wherefore, Green requests a modification of the Scheduling Order to establish a new discovery cut-off date at least ninety (90) days after March 6, 2020.

Respectfully submitted,

HAZELTON & LANER LLP

/s/ Joel B. Laner_____
Joel B. Laner                                                                  77871

Suite 650
4600 Madison
Kansas City, Missouri   64112
816/753-5678
816/753-6208   (FAX)
ATTORNEYS FOR PLAINTIFF JEFFREY S. GREEN

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020 I mailed, first class mail, postage prepaid, the foregoing to:  Mr. Christian Blake at 6615 West 53rd Street, Mission, Kansas   66202 and Mr. Josh Leonard at 2505 West 97th Terrace, Leawood, Kansas   66206.

/s/ Joel B. Laner_____
Attorneys for Plaintiff Jeffrey S. Green