IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JEFFREY S. GREEN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 2:18-CV-02247-TC-JPO |
| v. | ) | |
| | ) | Civil |
| CHRISTIAN BLAKE, et al., | ) | |
| | ) | |
| Defendants | ) | |

DISMISSAL BY PLAINTIFF, JEFFREY S. GREEN,
OF THE INSTANT ACTION
PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL

 Come Now, Jeffrey S. Green, Plaintiff, by and through his undersigned counsel, and Christian Blake and Joshua Leonard, Defendants, by and through their undersigned counsel, and, in accordance with Fed.R.Civ.Proc. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of the instant case with prejudice as to refiling the case in a Kansas state or federal court and without prejudice as to refiling the case in a jurisdiction outside of Kansas, with each party to bear his attorneys' fees and costs.  Pursuant to the parties' stipulation, Plaintiff hereby dismisses the instant case with prejudice as to refiling the case in a Kansas state or federal court and without prejudice as to refiling the case in a jurisdiction outside of Kansas.

-2-

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| THE SADER LAW FIRM | HAZELTON & LANER LLP |
| /s/  Stephan L. Skepnek           | /s/  Joel B. Laner                              |
| Stephan L. Skepnek        27337 | Joel B. Laner                               77871 |
| Suite 2150 | Suite 650 |
| 2345 Grand Boulevard | 4600 Madison |
| Kansas City, Missouri   64108-2663 | Kansas City, Missouri   64112 |
| 816/561-1818 | 816/753-5678 |
| 816/561-0818   (FAX) | 816/753-6208   (FAX) |
| ATTORNEYS FOR DEFENDANTS | ATTORNEYS FOR PLAINTIFF JEFFREY S. GREEN |

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022 the above and foregoing document was transmitted through the Court's electronic filing system to:    Stephan L. Skepnek, Esq., The Sader Law Firm, Suite 2150, 2345 Grand Boulevard, Kansas City, Missouri   64108-2663.

/s/  Joel B. Laner                              
      Attorneys for Plaintiff Jeffrey S. Green